Paul S. Padda, Esq. (NV Bar #10417)
Email: ppadda@caplawyers.com
COHEN & PADDA, PLLC
4240 West Flamingo Road, Suite 220
Las Vegas, Nevada 89103
Tele: (702) 366-1888
Fax: (702) 366-1940
Web: caplawyers.com

Attorney for the Plaintiff

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| **BRYAN CORNELL,** | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) Case No. 2:14-cv-1906-APG-NJK |
| | ) |
| **JOHN BONAVENTURA, individually** | ) |
| **and in his official capacity as Las Vegas** | ) |
| **Township Constable;** *et. al.,* | ) |
| | ) |
| **Defendants.** | ) |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME**
**TO RESPOND TO THE PENDING DISPOSITIVE MOTIONS**

**(FIRST REQUEST)**

Pursuant to Federal Rule of Civil Procedure ("FRCP") 6(b)(1)(A), Plaintiff respectfully

requests that the Court extend, to and until April 6, 2015, the time within which Plaintiff must

respond to the dispositive motions filed by Defendants Lou Toomin (Pacer #23) and Dean Lauer

(Pacer #28). "Captain Rich Forbus" also filed a dispositive motion (Pacer #32)[1] to which

Plaintiff is expected to respond on April 6, 2015. Presently, Plaintiff's response to the

dispositive motions filed by Defendants Toomin and Lauer are due on March 30, 2015. This is

---

[1] Forbus is not an actual party to this suit but instead challenges his ability to receive
service of process on behalf of Defendant Office of the Las Vegas Township Constable.

Plaintiff's first request for an extension of time for the purpose set forth herein.

In support of this motion, Plaintiff relies upon the memorandum of points and authorities set forth below.

## MEMORANDUM OF POINTS AND AUTHORITIES

FRCP 6(b)(1)(A) permits a party to seek an extension of a deadline prior to its expiration upon a showing of "good cause." Here, "good cause" exists to extend Plaintiff's time to respond to the dispositive motions.

Counsel for Plaintiff has been working towards completing responses to the various dispositive motions filed by Defendants Toomin, Lauer and non-party Forbus. However, due to an incredibly busy work schedule coupled with undersigned counsel's recent illness on account of allergies, he has not been able complete the responses to Toomin and Lauer's motions within the current deadline. During the early part of last week, undersigned counsel was busy with a criminal matter in which his client faces potential federal indictment. During the second half of last week, and through the weekend, undersigned counsel was badly affected by allergies which interfered with his ability to attend to various case commitments. An additional one week extension of time, however, should permit undersigned counsel sufficient time to complete responses to the various dispositive motions pending before the Court.

Defendants Toomin and Lauer will experience no prejudice should the Court grant this motion. Based upon "good cause," Plaintiff, by and through undersigned counsel, respectfully requests that the Court permit him an additional week to respond to the pending dispositive motions filed by Defendants Toomin and Lauer.

. . .

. . .

. . .

. . .

2

1

## CONCLUSION

2    Plaintiff, by and through counsel, respectfully requests that the Court grant this motion.

3                    Respectfully submitted,

4                    /s/ *Paul S. Padda*

5                    Paul S. Padda, Esq.
COHEN & PADDA, PLLC

6                    4240 West Flamingo Road, Suite 220
Las Vegas, Nevada 89103

7                    Tele: (702) 366-1888
Fax: (702) 366-1940

8                    Web: caplawyers.com

9                    Attorney for Plaintiff

10                  Dated:  March 30, 2015

11

12                **IT IS SO ORDERED:**

13                **Plaintiff's request for a one week extension of time to respond to the dispositive motion filed by Defendants Lou Toomin (Pacer #23) and Dean**

14                **Lauer (Pacer #27) is hereby granted.  Plaintiff's responses are due on or before April 6, 2015.**

15

16

17                United States District Judge

18                **DATED:** _April 1, 2015_

19

20              CERTIFICATE OF SERVICE

21      In compliance with the Court's Local Rules, the undersigned hereby certifies that on March 30, 2015, a copy of the foregoing document, "PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO THE PENDING DISPOSITIVE MOTIONS" was

22   served (via the Court's CM/ECF system) upon counsel of record for Defendants.

23

24                    /s/ *Paul S. Padda*

25                    Paul S. Padda, Esq.

26                      3