UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRYAN CORNELL, ) | Case No. 2:14-cv-01906-APG-NJK |
| ) | |
| Plaintiff(s), ) | |
| vs. ) | ORDER |
| ) | |
| JOHN BONAVENTURA, et al., ) | (Docket No. 47) |
| ) | |
| Defendant(s). ) | |

Pending before the Court is a proposed discovery plan that was filed by certain Defendants. Docket No. 47. The discovery plan is hereby DENIED without prejudice. *See* Local Rule 26-1(d) (discovery plans must be submitted jointly); *see also* Docket No. 46 (requiring filing of a "joint" discovery plan).[1] The parties must, no later than May 8, 2015, either show cause in writing why they failed to timely file a proper discovery plan or they must file a proper joint discovery plan. *See* Docket No. 46.

IT IS SO ORDERED.

DATED: May 4, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge

---

[1] In addition, as this Court has explained previously to Mr. Pool, Local Rule 26-4 was modified approximately four years ago. *See McMillen v. Las Vegas Township Constable's Office*, Case No. 2:14-cv-780-APG-NJK, Docket No. 43 (July 28, 2014). The proposed discovery plan misstates the deadline outlined in Local Rule 26-4 for seeking extensions. Docket No. 47 at 3. The Court again urges Mr. Pool to become familiar with the Local Rules and to ensure that his filings comport with them.