**ROBERT B. POOL, ESQ.**
Nevada Bar No. 4723
7472 West Sahara Ave, #102-B
Las Vegas, Nevada 89117
Tele:   (702) 834-5600  Fax:   (702) 834-5601
Email: BobPool@gmail.com

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRYAN CORNELL, | Case No. 2:14-cv-01906-APG-~~NLK~~ NJK |
| Plaintiffs, | |
| vs. | **DEFENDANT BONAVENTURA'S SUBSTITUTION OF ATTORNEY** |
| JOHN BONAVENTURA, et al., | |
| Defendants. | |

Defendant, JOHN BONAVENTURA, substitutes pro se in place of ROBERT B. POOL, ESQ. All contact must be sent to address and email below. Defendant has made special appearance only, and this substitution will not delay any hearing or trial on the matter.

DATED this 24th Day of June, 2015.

/s/ John Bonaventura
_____
**JOHN M. BONAVENTURA**
5604 Eugene Avenue
Las Vegas, Nevada 89108-3186
Tele: 702-250-9352
Email: JohnBona@cox.net

The undersigned consent and agree to the substitution JOHN BONAVENTURA, pro se in place of ROBERT B. POOL, ESQ.

DATED this 24th Day of June, 2015.

/s/ Robert B. Pool, Esq.                                   /s/ John Bonaventura
_____        _____
**ROBERT B. POOL, ESQ.**                           **JOHN M. BONAVENTURA**
7472 West Sahara Ave, #102-B                  5604 Eugene Avenue
Las Vegas, Nevada 89117                          Las Vegas, Nevada 89108-3186
Tele:   (702) 834-5600                                 Tele: 702-250-9352
BobPool@gmail.com                                  Email: JohnBona@cox.net

IT IS SO ORDERED.
Dated:  June 26, 2015

_____
United States Magistrate Judge

Page 1 of  1