UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BRYAN CORNELL, | Case No. 2:14-cv-01906-APG-GWF |
| Plaintiff, | |
| v. | **ORDER** |
| JOHN BONAVENTURA, *et al.*, | |
| Defendants. | |

In light of the parties' stipulations to dismiss as to defendants Lou Toomin (Dkt. #63) and Dean Lauer and Hadi Sadjadi (Dkt. #65),

IT IS ORDERED that defendant Lou Toomin's motion to dismiss (Dkt. #23) and Dean Lauer and Hadi Sadjadi's motion to dismiss (Dkt. #27) are DENIED as moot.

DATED this 1st day of July, 2015.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE