UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BRYAN CORNELL,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JOHN BONAVENTURA, *et al.*,<br><br>　　　　Defendants. | Case No. 2:14-cv-01906-APG-GWF<br><br>**ORDER GRANTING MOTION TO QUASH**<br><br>(Dkt. #26) |

On March 12, 2015, defendants John Bonaventura and the Office of the Vegas (sic) Township Constable filed a motion to quash summons and dismiss the complaint. (Dkt. #26.) Plaintiff filed no opposition. Pursuant to Local Rule 7-2(d), the failure to file points and authorities in response to a motion is deemed consent to granting the motion. Moreover, good cause exists to grant the motion.

IT IS ORDERED that the motion to quash **(Dkt. #26) is GRANTED.**

DATED this 3rd day of August, 2015.

　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE